GRANDVIEW DAIRY, INC., Appellant-Respondent, v. N. Y. CITY FINEST FOODS CO., INC., et al., Respondents-Appellants.—

542

Beldock,
Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.